# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 19-50998 LSG
**Case Name:** K.A.R. CONSTRUCTION, LLC

**For Period Ending:** 09/30/2022

**Trustee Name:** (420180) K. Jin Lim
**Date Filed (f) or Converted (c):** 07/30/2019 (f)
**§ 341(a) Meeting Date:** 09/05/2019
**Claims Bar Date:** 09/30/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT AT FIFTH THIRD BANK, XXXXXX3015 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | KAR CONSTRUCTION, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 4 | FEDERAL REFUND, TAX YEAR 2018 | 91.00 | 0.00 | | 0.00 | FA |
| 5 | STATE REFUND, TAX YEAR 2018 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Preference payment to Darby Ready Mix-Dundee (u)<br>paid in full | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 7 | Preferential transfers (Franco, Messina, et al) (u)<br>p/o 11/19/20 [docket #47] | 100,000.00 | 100,000.00 | | 60,000.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$108,191.00** | **$108,000.00** | | **$68,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/04/22 final payment received; waiting for professionals to file fee app before TFR
07/05/22 no change; waiting for Sept payment per order
04/06/22 waiting for Sept 2022 payment
12/30/21 next payment expected in Sept 2022 per order
10/13/21 payment received; continuing to collect ongoing payments per order
09/24/21 Waiting for September 2021 payment.
07/01/21 collecting payments; next payment due in Sept 2021.
04/15/21 no change; collecting payments
01/04/21 collecting payments per order; final payment due Sept 2022.
11/29/20 order entered
09/02/20 motion for compromise with Franco et al. pending
07/06/20 received $8,000 from Darby Ready Mix; complaint filed vs Messina Concrete and American Diesel for transfers.
04/24/20 pursuing claims against debtor's ex-wife for fraudulent transfers and against various construction companies for post-petition transfers.
01/21/20 debtor unresponsive to document request; motion to show cause filed and hearing set for 03/06/2020.
11/01/19 investigate debtor's business affairs. ps

**Initial Projected Date Of Final Report (TFR):** 12/31/2020    **Current Projected Date Of Final Report (TFR):** 12/30/2022

10/25/2022
Date

/s/K. Jin Lim
K. Jin Lim

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 19-50998 LSG | | Trustee Name: | | K. Jin Lim (420180) | |
| Case Name: | K.A.R. CONSTRUCTION, LLC | | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***8413 | | Account #: | | ******1848 Checking | |
| For Period Ending: | 09/30/2022 | | Blanket Bond (per case limit): | | $2,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/20 | {6} | Darby Ready Mix-Dundee | preference payment (paid in full) | 1241-000 | 8,000.00 | | 8,000.00 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.21 | 7,986.79 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.33 | 7,974.46 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.59 | 7,960.87 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.72 | 7,948.15 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.27 | 7,935.88 |
| 12/04/20 | | Sylvia Franco | settlement payment p/o 11/29/20 | | 30,000.00 | | 37,935.88 |
| | {7} | | Acct #1; Payment #1 $30,000.00 | 1241-000 | | | |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.10 | 37,878.78 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 58.67 | 37,820.11 |
| 02/01/21 | 101 | Schneider & Miller, P.C. | first interim fees to Trustee's Counsel p/o 01/29/21 | 3210-000 | | 14,450.00 | 23,370.11 |
| 02/01/21 | 102 | Schneider & Miller, P.C. | reimbursement of expenses to Trustee's Counsel p/o 01/29/21 | 3220-000 | | 47.85 | 23,322.26 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.53 | 23,282.73 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.04 | 23,241.69 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.24 | 23,204.45 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.70 | 23,169.75 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.84 | 23,128.91 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.06 | 23,091.85 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.47 | 23,052.38 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.94 | 23,015.44 |
| 10/13/21 | | Rene Franco | settlement payment p/o 11/29/20 | | 30,000.00 | | 53,015.44 |
| | {7} | | Acct #1; Payment #2 $30,000.00 | 1241-000 | | | |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 61.30 | 52,954.14 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.52 | 52,863.62 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.55 | 52,776.07 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 81.76 | 52,694.31 |
| 02/03/22 | 103 | Insurance Partners | bond payment effective 11/01/21 to 11/01/22 | 2300-000 | | 25.82 | 52,668.49 |

Page Subtotals: $68,000.00 $15,331.51

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 19-50998 LSG | | Trustee Name: | | K. Jin Lim (420180) | |
| Case Name: | K.A.R. CONSTRUCTION, LLC | | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***8413 | | Account #: | | ******1848 Checking | |
| For Period Ending: | 09/30/2022 | | Blanket Bond (per case limit): | | $2,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 78.81 | 52,589.68 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.72 | 52,496.96 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 81.33 | 52,415.63 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 81.20 | 52,334.43 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.27 | 52,242.16 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 80.93 | 52,161.23 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 91.95 | 52,069.28 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 83.45 | 51,985.83 |
| | | COLUMN TOTALS | | | 68,000.00 | 16,014.17 | $51,985.83 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 68,000.00 | 16,014.17 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $68,000.00 | $16,014.17 | |

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-50998 LSG | **Trustee Name:** | K. Jin Lim (420180) |
| **Case Name:** | K.A.R. CONSTRUCTION, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8413 | **Account #:** | ******1848 Checking |
| **For Period Ending:** | 09/30/2022 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1848 Checking | $68,000.00 | $16,014.17 | $51,985.83 |
| | $68,000.00 | $16,014.17 | $51,985.83 |

| | |
|---|---|
| 10/25/2022 | /s/K. Jin Lim |
| Date | K. Jin Lim |