**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re: K.A.R. CONSTRUCTION, LLC  §   Case No. 19-50998 LSG
                                §
                                §
                                §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

K. Jin Lim, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,919.40 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $63,695.18 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $27,812.36 | | |

3) Total gross receipts of $91,507.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $91,507.54 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $28,512.36 | $28,512.36 | $27,812.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $500,000.00 | $252,385.98 | $252,385.98 | $63,695.18 |
| **TOTAL DISBURSEMENTS** | $500,000.00 | $280,898.34 | $280,898.34 | $91,507.54 |

4) This case was originally filed under chapter 7 on 07/30/2019. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2023       By: /s/ K. Jin Lim
                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference payment to Darby Ready Mix-Dundee | 1241-000 | $8,000.00 |
| Preferential transfers (Franco, Messina, et al) AP 20-4300 | 1241-000 | $83,507.54 |
| **TOTAL GROSS RECEIPTS** | | **$91,507.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - K. Jin Lim, Trustee | 2100-000 | NA | $7,825.38 | $7,825.38 | $7,825.38 |
| Trustee, Expenses - K. Jin Lim, Trustee | 2200-000 | NA | $100.00 | $100.00 | $100.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,400.00 | $1,400.00 | $700.00 |
| Bond Payments - BOND | 2300-000 | NA | $25.82 | $25.82 | $25.82 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $1,731.31 | $1,731.31 | $1,731.31 |
| Attorney for Trustee Fees (Other Firm) - Schneider & Miller, P.C. | 3210-000 | NA | $17,382.00 | $17,382.00 | $17,382.00 |
| Attorney for Trustee Expenses (Other Firm) - Schneider & Miller, P.C. | 3220-000 | NA | $47.85 | $47.85 | $47.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$28,512.36** | **$28,512.36** | **$27,812.36** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Angels General Construction, Inc. | 7100-000 | $500,000.00 | $250,000.00 | $250,000.00 | $63,093.03 |
| 2 | Resurgent Receivables LLC | 7100-000 | NA | $2,385.98 | $2,385.98 | $602.15 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$500,000.00** | **$252,385.98** | **$252,385.98** | **$63,695.18** |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 19-50998 LSG  
Case Name: K.A.R. CONSTRUCTION, LLC  
For Period Ending: 04/20/2023

Trustee Name: (420180) K. Jin Lim  
Date Filed (f) or Converted (c): 07/30/2019 (f)  
§ 341(a) Meeting Date: 09/05/2019  
Claims Bar Date: 09/30/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT AT FIFTH THIRD BANK, XXXXXX3015 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | KAR CONSTRUCTION, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 4 | FEDERAL REFUND, TAX YEAR 2018 | 91.00 | 0.00 | | 0.00 | FA |
| 5 | STATE REFUND, TAX YEAR 2018 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Preference payment to Darby Ready Mix-Dundee (u)<br>paid in full | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 7 | Preferential transfers (Franco, Messina, et al) AP 20-4300 (u)<br>p/o 11/19/20 [docket #47] | 100,000.00 | 100,000.00 | | 83,507.54 | FA |
| 8* | AP 20-4299 American Diesel Truck Repair (u)<br>per Default Judgment 08/13/20 (See Footnote) | 2,728.40 | 2,728.40 | OA | 0.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$110,919.40** | **$110,728.40** | | **$91,507.54** | **$0.00** |

RE PROP# 8    officially abandoned 11/30/22

---

**Major Activities Affecting Case Closing:**

12/01/22 Claims have been reviewed. Case is ready to be closed.  
11/07/22 Notice to Abandon asset in AP filed; waiting out notice period  
10/04/22 final payment received; waiting for professionals to file fee app  
07/05/22 no change; waiting for Sept payment per order  
04/06/22 waiting for Sept 2022 payment  
12/30/21 next payment expected in Sept 2022 per order  
10/13/21 payment received; continuing to collect ongoing payments per order  
09/24/21 Waiting for September 2021 payment.  
07/01/21 collecting payments; next payment due in Sept 2021.  
04/15/21 no change; collecting payments  
01/04/21 collecting payments per order; final payment due Sept 2022.  
11/29/20 order entered  
09/02/20 motion for compromise with Franco et al. pending  
07/06/20 received $8,000 from Darby Ready Mix; complaint filed vs Messina Concrete and American Diesel for transfers.  
04/24/20 pursuing claims against debtor's ex-wife for fraudulent transfers and against various construction companies for post-petition transfers.  
01/21/20 debtor unresponsive to document request; motion to show cause filed and hearing set for 03/06/2020.  
11/01/19 investigate debtor's business affairs. ps

Initial Projected Date Of Final Report (TFR): 12/31/2020    Current Projected Date Of Final Report (TFR): 12/01/2022 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

| Case No.: | 19-50998 LSG | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|
| Case Name: | K.A.R. CONSTRUCTION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8413 | Account #: | ******1848 Checking |
| For Period Ending: | 04/20/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/20 | {6} | Darby Ready Mix-Dundee | preference payment (paid in full) | 1241-000 | 8,000.00 | | 8,000.00 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.21 | 7,986.79 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.33 | 7,974.46 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.59 | 7,960.87 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.72 | 7,948.15 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.27 | 7,935.88 |
| 12/04/20 | | Sylvia Franco | settlement payment p/o 11/29/20 | | 30,000.00 | | 37,935.88 |
| | {7} | | Payment #1 on Asset #7 Preferential transfers (Franco, Messina, et al) AP 20-4300        $30,000.00 | 1241-000 | | | |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.10 | 37,878.78 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 58.67 | 37,820.11 |
| 02/01/21 | 101 | Schneider & Miller, P.C. | first interim fees to Trustee's Counsel p/o 01/29/21 | 3210-000 | | 14,450.00 | 23,370.11 |
| 02/01/21 | 102 | Schneider & Miller, P.C. | reimbursement of expenses to Trustee's Counsel p/o 01/29/21 | 3220-000 | | 47.85 | 23,322.26 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.53 | 23,282.73 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.04 | 23,241.69 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.24 | 23,204.45 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.70 | 23,169.75 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.84 | 23,128.91 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.06 | 23,091.85 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.47 | 23,052.38 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.94 | 23,015.44 |
| 10/13/21 | | Rene Franco | settlement payment p/o 11/29/20 | | 30,000.00 | | 53,015.44 |
| | {7} | | Payment #2 on Asset #7 Preferential transfers (Franco, Messina, et al) AP 20-4300        $30,000.00 | 1241-000 | | | |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 61.30 | 52,954.14 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.52 | 52,863.62 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.55 | 52,776.07 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 81.76 | 52,694.31 |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 19-50998 LSG | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|
| Case Name: | K.A.R. CONSTRUCTION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8413 | Account #: | ******1848 Checking |
| For Period Ending: | 04/20/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/03/22 | 103 | Insurance Partners | bond payment effective 11/01/21 to 11/01/22 | 2300-000 | | 25.82 | 52,668.49 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 78.81 | 52,589.68 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.72 | 52,496.96 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 81.33 | 52,415.63 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 81.20 | 52,334.43 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.27 | 52,242.16 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 80.93 | 52,161.23 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 91.95 | 52,069.28 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 83.45 | 51,985.83 |
| 10/04/22 | | Rene Franco | settlement payment p/o 11/29/20 | | 23,507.54 | | 75,493.37 |
| | {7} | | Payment #3 on Asset #7 Preferential transfers (Franco, Messina, et al)  $23,507.54 | 1241-000 | | | |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 111.93 | 75,381.44 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 128.88 | 75,252.56 |
| 01/10/23 | 104 | K. Jin Lim, Trustee | Distribution payment - Dividend paid at 100.00% of $7,825.38; Claim # FEE; Filed: $7,825.38 | 2100-000 | | 7,825.38 | 67,427.18 |
| 01/10/23 | 105 | K. Jin Lim, Trustee | Distribution payment - Dividend paid at 100.00% of $100.00; Claim # ; Filed: $100.00 | 2200-000 | | 100.00 | 67,327.18 |
| 01/10/23 | 106 | Schneider & Miller, P.C. | Distribution payment - Dividend paid at 16.87% of $17,382.00; Claim # ; Filed: $17,382.00 | 3210-000 | | 2,932.00 | 64,395.18 |
| 01/10/23 | 107 | U.S. Bankruptcy Court | PAID THRU ACH Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ; Filed: $700.00 Voided on 01/10/2023 | 2700-004 | | 700.00 | 63,695.18 |
| 01/10/23 | 107 | U.S. Bankruptcy Court | PAID THRU ACH Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ; Filed: $700.00 Voided: check issued on 01/10/2023 | 2700-004 | | -700.00 | 64,395.18 |
| 01/10/23 | 108 | Angels General Construction, Inc. | Distribution payment - Dividend paid at 25.24% of $250,000.00; Claim # 1; Filed: $250,000.00 | 7100-000 | | 63,093.03 | 1,302.15 |
| 01/10/23 | 109 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 25.24% of $2,385.98; Claim # 2; Filed: $2,385.98 | 7100-000 | | 602.15 | 700.00 |
| 01/11/23 | | U.S. Bankruptcy Court | Paid thru ACH MIEB FEE PAYMENT 230110 CCD 0000 | 2700-000 | | 700.00 | 0.00 |

Page Subtotals: $23,507.54 $76,201.85

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 19-50998 LSG | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|
| Case Name: | K.A.R. CONSTRUCTION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8413 | Account #: | ******1848 Checking |
| For Period Ending: | 04/20/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 91,507.54 | 91,507.54 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 91,507.54 | 91,507.54 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $91,507.54 | $91,507.54 | |

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-50998 LSG | **Trustee Name:** | K. Jin Lim (420180) | |
| **Case Name:** | K.A.R. CONSTRUCTION, LLC | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***8413 | **Account #:** | ******1848 Checking | |
| **For Period Ending:** | 04/20/2023 | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1848 Checking | $91,507.54 | $91,507.54 | $0.00 |
| | **$91,507.54** | **$91,507.54** | **$0.00** |